UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 07-50032-01 |
| | CIVIL ACTION NO.  11-0246 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GARLAND D. MILLER | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court are two motions filed by Petitioner Garland D. Miller ("Petitioner"): (1) a Motion for Ruling (Record Document 135); and (2) a Motion for Service by U.S. Mail (Record Document 136).

Motion for Ruling

In this motion, Petitioner asks the Court to disallow any untimely filings by the U.S. Government; rule favorably on his unopposed § 2255 motion; and grant his request for resentencing, setting aside or vacating his sentence. See Record Document 135. This motion is **DENIED**, as the Government timely filed its response to the pending Section 2255 motion on July 15, 2011.[1] See Record Document 137. Additionally, a ruling on Petitioner's Section 2255 motion will issue in due course.

Motion for Service by U.S. Mail

In this motion, Petitioner moves the Court to order the Government to serve him by U.S. Mail or to order the Clerk of Court to send a copy of all documents filed by the Government to his address. See Record Document 136. Petitioner contends that he has

---

[1]On June 29, 2011,the Government filed a Second Motion for Extension of Time to File a Response to Petitioner's Section 2255 motion. See Record Document 132. The motion was granted on July 1, 2011. See Record Document 133. The Government's response was due July 15, 2011. See id.

received no documents from the Government, including motions for extension of time. See id.

A review of the record reveals that the Government has been serving Petitioner by U.S. Mail. Most recently, on July 15, 2011, the Government stated:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2011, the above [Answer of the United States] was filed electronically with the Clerk of Court using the CM/ECF system. A true and correct copy of the above has been served on:

Mr. Garland D. Miller, 13658-035
Low Security Correctional Institution Allenwood
P.O. Box 1000
White Deer, PA 17887

by placing same in the U.S. Mail, postage prepaid and affixed thereto.

Record Document 137 at 3. This same certificate of service can be found on the previous motions for extension of time. See Record Documents 128 at 3 and 132 at 3. Accordingly, based on the showing made, the Motion for Service is likewise **DENIED**.[2]

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of July, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[2]Petitioner should advise the Court, and reurge his motion, if he does not receive the "Answer of the United States to Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255." See Record Document 137.